**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6911**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEJANDRO CHAVEZ-LOPEZ,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:17-cr-00073-RJC-DCK-2)

---

Submitted:  December 10, 2024                    Decided:  December 20, 2024

---

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

---

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

---

Alejandro Chavez-Lopez, Appellant Pro Se.  Elizabeth Margaret Greenough, Assistant United States Attorney, Charlotte, North Carolina, Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro Chavez-Lopez appeals the district court's orders dismissing his motion for a sentence reduction under Section 404 of the First Step Act of 2018 and his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The district court dismissed the first motion because Chavez-Lopez was not eligible for relief under Section 404. We have reviewed the record and find no reversible error in that ruling. We therefore affirm the district court's order dismissing the Section 404 motion. *See United States v. Chavez-Lopez*, No. 3:17-cr-00073-RJC-DCK-2 (W.D.N.C. Aug. 22, 2023) (PACER No. 159).

Turning to the order dismissing Chavez-Lopez's motion for compassionate release (PACER No. 160), the dismissal was based on the Government's assertion in response to the motion that he had not exhausted his administrative remedies by filing a request for compassionate release in prison since the district court denied his last such motion, even though his prior motion, which provided evidence of his exhaustion, was still pending.

On appeal, the Government acknowledges that it mistakenly represented to the district court that the court denied Chavez-Lopez's first motion for compassionate release. The Government moves to remand the case to allow it to correct its assertion of facts relating to exhaustion and permit the district court to consider, in the first instance, whether Chavez-Lopez has met the exhaustion requirement based on the corrected record. Since the district court's order rested on a mistake of fact, we agree that a remand is appropriate.

Accordingly, we affirm the district court's order dismissing Chavez-Lopez's motion for a sentence reduction under First Step Act § 404, but we vacate the district court's order dismissing his motion for compassionate release under § 3582(c)(1)(A), grant the motion

2

to remand, and remand for further consideration of the compassionate-release motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*VACATED IN PART,*
*AND REMANDED*
